# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CV F 11-0242 LJO DLB |
| Plaintiffs | **ORDER TO ENTER CONSENT DECREE** (Doc. 6.) |
| vs. | |
| AMPERSAND CHOWCHILLA BIOMASS, LLC., | |
| Defendant. | |

This Court ENTERS the parties' proposed Consent Decree, filed February 14, 2011. The Consent Decree constitutes this Court's final judgment as to the parties pursuant to F.R.Civ.P. 54 and 58. Plaintiffs' unopposed motion to enter consent decree is rendered moot, and this Court VACATES the April 28, 2011 hearing on the motion. This Court directs the clerk to administratively close this action, which is subject to reopening if necessary to enforce the Consent Decree.

IT IS SO ORDERED.

**Dated:   April 25, 2011**                    /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE