ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice

ANDREW W. INGERSOLL (Bar No. 221348)
Trial Attorney
Telephone: (202) 514-1999
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044

**Attorneys for Plaintiff United States of America**

ANNETTE BALLATORE-WILLIAMSON (Bar No. 192176)
District Counsel
Telephone: (559) 230-6033
San Joaquin Valley Unified Air Pollution Control District
1990 E. Gettysburg Avenue
Fresno, California 93726

**Attorney for Plaintiff San Joaquin Valley
Unified Air Pollution Control District**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>  Plaintiffs,<br>   v.<br><br>AMPERSAND CHOWCHILLA BIOMASS, LLC,<br><br>  Defendant. | Case No. 1:11-cv-00242-LJO-DLB<br><br>**JOINT STIPULATION TO TERMINATE CONSENT DECREE AND REQUEST FOR COURT APPROVAL; ORDER THEREON** |

1    Plaintiffs the United States of America, on behalf of the United States Environmental
2 Protection Agency, and the San Joaquin Valley Unified Air Pollution Control District
3 (collectively, Plaintiffs), and Defendant Ampersand Chowchilla Biomass, LLC respectfully
4 move the Court to terminate the Consent Decree entered as a final judgment in this matter on
5 April 25, 2011 (DN 7).

   In support of this motion, the Plaintiffs and Defendant hereby stipulate and agree as
follows:

   1.   The Consent Decree was negotiated by the Plaintiffs and Defendant to resolve alleged violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq*. and state implementing regulations.

   2.   On April 25, 2011, the Court entered the Consent Decree as a final judgment in this matter.  DN 7.

   3.   Pursuant to Paragraphs 12 and 13 of the Consent Decree, Defendant completed the compliance requirements of the Consent Decree and satisfied all claims for stipulated penalties available pursuant to Section VII of the Consent Decree.

   4.   In accordance with Paragraph 74 of the Consent Decree, Defendant requested termination of the Consent Decree, on the basis that it has satisfied the requirements for termination.

   5.   Pursuant to Paragraph 75 of the Consent Decree, after receiving Defendant's request for termination, Plaintiffs agree that Defendant has satisfied the requirements for terminating the Consent Decree, except for the Consent Decree's information retention requirements which survive for three years after termination. *See* Consent Decree ¶ 54.

   Accordingly, the Parties hereby stipulate that:

   THE CONSENT DECREE IS TERMINATED.

1  RESPECTFULLY SUBMITTED this 22nd day of September, 2015.

2  FOR PLAINTIFF UNITED STATES OF AMERICA:

Dated: September 22, 2015                    UNITED STATES OF AMERICA

/s/ Andrew W. Ingersoll
ANDREW W. INGERSOLL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
Division, U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-1999


OF COUNSEL:

DAVID H. KIM
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, California  94105


FOR PLAINTIFF SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT:


Dated: September 22, 2015                    SAN JOAQUIN VALLEY UNIFIED AIR
                                             POLLUTION CONTROL DISTRICT

/s/ Annette Ballatore-Williamson
ANNETTE BALLATORE-WILLIAMSON
District Counsel
1990 E. Gettysburg Avenue
Fresno, CA 93726
Telephone: (559) 230-6033

Joint Stip. to Term. Consent Decree & Req. for Ct. Approval - Case No. 1:11 cv 00242 LJO DLB     3     09874/2479434.1

FOR DEFENDANT AMPERSAND CHOWCHILLA BIOMASS, LLC:

Dated: September 22, 2015           PAUL, HASTINGS, JANOFSKY & WALKER, LLP

/s/ Jodi Smith
JODI SMITH, Esq.
Paul Hastings LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105
Telephone:  (415) 856-7000

ORDER

Pursuant to the Stipulation of all parties, the Consent Decree in this case is TERMINATED.

IT IS SO ORDERED.

Dated:   **September 23, 2015**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE